## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **SILAS L. KITTO,** ) <br> ) <br> **Defendant.** ) <br> ) | **8:16CR176** <br><br> **ORDER** |

This matter is before the court on defendant's unopposed motion to continue trial [27] as counsel needs additional time to complete investigations and prepare for trial . The defendant shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial, currently set for September 27, 2016 is continued to **November 8, 2016.**

2. Defendant shall file the affidavit required by paragraph 9 of the progression order and NE.CrimR.12.1 forthwith.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 8, 2016** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED September 20, 2016.**

                                                 **BY THE COURT:**

                                               **s/ F.A. Gossett**
                                               **United States Magistrate Judge**